

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00856-CV

Ahmad **ZABIHIAN,** New World Car Nissan, Inc., d/b/a World Car Hyundai and New World Car Imports- San Antonio, Inc.,
Appellants

v.

**HYUNDAI MOTOR AMERICA** and Roger Beasley Imports, Inc., d/b/a Roger Beasley Hyundai-New Branufels,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI20011
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on January 8, 2020. On January 14, 2020, this court notified the court reporter responsible for preparing the record that the reporter's record was late. On January 15, 2020, the court reporter filed a request for an extension of forty-five days to file the reporter's record. The request is GRANTED. It is ORDERED that the court reporter file the reporter's record no later than February 24, 2020. Further requests for extension of time to file the reporter's record will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court